JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALLIA FOLEY, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>MERCEDES BENZ SOUTH BAY, et seq.,<br><br>        Defendants. | NO. CV 13-7103 FMO (PLAx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the RICO claim, and dismissed without prejudice as to the remaining state law claims.

Dated this 7th day of April, 2014.

                                                      /s/
                                       Fernando M. Olguin
                                 United States District Judge